# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2339
_____

ASHLEY MARIE HASLAUER,
Former Wife,

      Appellant,

      v.

MATTHEW PATRICK HASLAUER,
Former Husband,

      Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

May 2, 2025


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clark H. Henderson of Henderson Law Firm, P.A., Shalimar, for Appellant.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellee.